IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**EVELYN THOMPSON**                                                                              **PLAINTIFF**

**v.**                       **Case No.  1:14-cv-00041 KGB**

**CONAGRA FOODS, INC., EMPLOYEE
BENEFITS ADMINISTRATIVE
COMMITTEE, and CONAGRA FOODS, INC.
LONG-TERM DISABILITY PLAN X60**                            **DEFENDANTS**

## JUDGMENT

Consistent with the Court's Opinion and Order entered on this day, judgment is entered in favor of defendants ConAgra Foods, Inc., the Employee Benefits Administrative Committee, and the ConAgra Foods, Inc. Long-Term Disability Plan X60.  Plaintiff Evelyn Gayle Thompson's third amended complaint is dismissed with prejudice.

So ordered this 7th day of October, 2016.

_____
Kristine G. Baker
United States District Judge